No. 1,876.—STATE EX REL. GILCHRIST, RELATOR, v. WESTON, DEFENDANT.

Original—*Mandamus.*

(For former opinion, see 27 Mont. 185, 70 Pac. 519.)

On motion to tax costs.

Decided January 31, 1903.

PER CURIAM.—The relator's cost bill heretofore submitted to the court is hereby allowed, and the motion of defendant to tax costs is overruled, except as to the witness fees of M. P. Gilchrist, the mileage of G. H. McDougall, and costs paid to the stenographer for copies of testimony and papers, and as to the service of writ of injunction.

(MR. JUSTICE HOLLOWAY, having taken no part in the consideration of this cause, takes no part in this decision.)

*Mr. R. Lee Word, Mr. C. F. Kelly,* and *Mr. W. M. Bickford,* for Relator.

*Mr. J. J. McHatton, Mr. L. P. Forestell,* and *Mr. Guy Stapleton,* for Defendant.

(For former opinion, see 27 Mont. 197, 70 Pac. 1134.)

